[Argued January 7; decided February 23, 1897.]

## COOS BAY NAVIGATION CO. *v.* COOS COUNTY.

(47 Pac. 1101.)

From Coos: J. C. FULLERTON, Judge.

Petition by the Coos Bay, Roseburg and Eastern Railroad and Navigation Company against Coos County and its officers for a writ of review. From a judgment against it the petitioner appeals.

AFFIRMED.

For appellant there was a brief over the names of *John A. Gray, Dolph, Mallory & Simon,* and *J. W. Hamilton,* with an oral argument by *Mr. Hamilton.*

For respondent there was a brief over the names of *S. H. Hazard* and *George M. Brown,* district attorney, with an oral argument by *Mr. Hazard.*

MR. JUSTICE WOLVERTON.

The facts in this case are similar, being in many respects identical with those stated in the two cases of the *Southern Oregon Company* v. *Coos County,* 30 Or. 250, involving the validity of a tax levy upon the property of the plaintiff therein for the years 1893 and 1894, except that in this case the order of July 12, 1895, is exhibited by the return to the writ. The questions presented, both by the record and at the argument, are the same as in the two cases above referred to, which are therefore decisive of this.

AFFIRMED.